## ORDER

PER CURIAM.

**AND NOW,** this 15th day of July, 2011, the Application for Summary Relief/Application for Stay is **GRANTED** to the extent that it requests summary relief. The Order of the Commonwealth Court is **AFFIRMED.** The Application for Summary Relief/Application for Stay is **DISMISSED AS MOOT** to the extent that it requests a stay of the briefing schedule.

22 A.3d 1032

**Donald UNGER, Appellant**

**v.**

**P.A. BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

July 15, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of July, 2011, the Application for Summary Relief/Application for Stay is **GRANTED** to the extent that it requests summary relief. The Order of the Commonwealth Court is **AFFIRMED.** The Application for Summary Relief/Application for Stay is **DISMISSED AS MOOT** to the extent that it requests a stay of the briefing schedule.